UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eidl Schonfeld, individually and on behalf of all others similarly situated

    Plaintiff,

v.

Midland Credit Management, Inc.
John Does 1-25

    Defendants.

Case #: 7:18-cv-07317-KMK

## NOTICE OF VOLUNTARY DISMISSAL

**IT IS HEREBY AGREED TO** by the Plaintiff and Plaintiff's counsel, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against all Defendants shall be, and hereby is, dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto

Dated: January 29, 2019

Respectfully Submitted,

*/s/Daniel Kohn*
Daniel Kohn, Esq.

**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
Telephone: (201)282-6500
Fax: (201)282-6501
Email: dkohn@steinsakslegal.com
*Attorneys for Plaintiff*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
1/31/19